RECEIVED
IN MONROE, LA
JUL 7 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SHERMAN JAMES NICKERSON | CIVIL ACTION NO. 08-0013 |
| VS. | SECTION P |
| BOB RILEY, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Nickerson's Motion for Corrective Order To Warrant Process and Service of the Declaratory Judgment Action [doc. 6], his Motion to Appoint Counsel [doc. 1], and his Motion to Proceed *In Forma Pauperis* [docs. 1 and 5] be **DENIED**; and,

**IT IS FURTHER ORDERED** that this action be **DISMISSED AND STRICKEN** in accordance with the provisions of FRCP Rule 41(b) and LR 3.2W.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 7 day of July, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE